**Order entered May 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00617-CV

### CHARLES JONES, Appellant

### V.

### JAMES P. NEIL, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-12-2015**

## ORDER

We **GRANT** appellee's May 29, 2014 unopposed motion to extend time for filing response to petition for permissive appeal and **ORDER** appellee's brief be filed no later than June 5, 2014.

/s/    ELIZABETH LANG-MIERS
        JUSTICE